IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In the Matter of the Search of | ) | Docket No. 3:23-mj-32 |
| | ) | |
| All funds in WSFS Bank, FSB Account XXXXX6894, such account held in name of Summit Trading & Financial Services LLC. | ) ) ) ) | *UNDER SEAL* |

## ORDER SEALING SEIZURE WARRANT APPLICATION, AFFIDAVIT, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Seizure Warrant Application, Affidavit, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Seizure Warrant Application, Affidavit, Warrant, the Motion to Seal, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to benjamin.bain-creed@usdoj.gov).

SO ORDERED this 3rd day of February 2023.

Signed: February 3, 2023

David C. Keesler
United States Magistrate Judge