IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MJ-032-DCK

| | |
|---|---|
| **In re the Seizure of:** | ) |
| | ) |
| **All funds in WSFS Bank, FSB Account XXXXX6894, such account held in name of Summit Trading & Financial Services LLC.** | )<br>)<br>) |

## ORDER UNSEALING SEIZURE WARRANT APPLICATION, AFFIDAVIT, WARRANT, AND OTHER DOCUMENTS

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion To Unseal Seizure Warrant Application, Affidavit, Warrant, And Other Documents" (Document No. 5) filed April 26, 2024. Having carefully considered the motion, and for the good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the United States' "Motion to Unseal Seizure Warrant Application, Affidavit, Warrant, And Other documents" is **GRANTED**, and the Seizure Warrant and the materials filed herein shall be **UNSEALED**.

**SO ORDERED**.

Signed: April 30, 2024

David C. Keesler
United States Magistrate Judge